[No. 18592-0-II.    Division Two.    May 17, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
A. WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for
Mason County, No. 93-1-00210-6, James B. Sawyer, II, J.,
entered August 4, 1994. *Affirmed* by unpublished opinion
per Bridgewater, J., concurred in by Seinfeld, C.J., and
Morgan, J.

[No. 18747-7-II.    Division Two.    May 17, 1996.]

RONALD C. FOSS, ET AL., *Respondents*, v. DEPARTMENT
OF CORRECTIONS, *Appellant*.

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 94-2-00709-5, Kenneth D. Williams, J.,
entered September 30, 1994. *Reversed* by unpublished
opinion per Bridgewater, J., concurred in by Seinfeld, C.J.,
and Houghton, J. Now published at 82 Wn. App. 355.

[No. 18950-0-II.    Division Two.    May 17, 1996.]

RAY W. RATHWICK, ET AL., *Appellants*, v. ALLENMORE
HOSPITAL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-2-09866-4, Donald H. Thompson, J.,
entered November 23, 1994. *Affirmed* by unpublished
opinion per Seinfeld, C.J., concurred in by Morgan and
Houghton, JJ.

[No. 19423-6-II.    Division Two.    May 17, 1996.]

FELICIA A. DAVIS, *Appellant*, v. THE OLIVE GARDEN,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-2-10653-7, Grant L. Anderson, J., entered
May 16, 1994. *Affirmed* by unpublished opinion per Sein-
feld, C.J., concurred in by Morgan and Armstrong, JJ.